TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-704-6227
Facsimile: 212-704-6288
*Attorneys for Anthem Insurance Companies, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LOURDES SPECIALTY HOSPITAL OF NEW JERSEY, on assignment of Micah V., <br><br>Plaintiff, <br><br>v. <br><br>HORIZON BLUE CROSS BLUE SHIELD and ANTHEM BLUE CROSS BLUE SHIELD, <br><br>Defendants. | CIVIL ACTION NO: <br> 1:16-cv-07631-NLH-AMD |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant Anthem Insurance Companies, Inc. d/b/a Anthem Blue Cross Blue Shield ("Anthem"), through their undersigned counsel, that the Complaint as against Anthem is hereby dismissed with prejudice, including all claims asserted therein, with each Party to bear its own costs and fees.

Dated: December 19, 2017

Michael Gottlieb, Esq.
CALLAGY LAW, P.C.
650 From Road, Suite 565
Paramus, New Jersey 07652
Phone: (201) 261-1700
*Attorney for Plaintiff*

Amanda Lyn Genovese, Esq.
TROUTMAN SANDERS LLP
875 Third Avenue
New York, New York 10022
Phone: (212) 704-6227
*Attorney for Defendant Anthem Insurance Companies, Inc.*